# United States District Court

## *Southern District of Georgia*

THEODORE HELGESEN

_____

Plaintiff

v· CCF HOLDINGS, LLC, et.al.

_____

Defendant

Case No. _____4:25-cv-00043-LGW-BWC_____

Appearing on behalf of : _____

Plaintiff _____

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, _____Andrew M. Beal_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Savannah_____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Northern District of Georgia_____ . **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates _____Milinda Brown_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This _10th_ day of _March_ , 2025 .

_____
(Signature of **Petitioner**)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, _____Milinda Brown_____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise. This _10th_ day of _March_ , _2025_ .

_____363307_____
Georgia Bar Number

_____(678) 449-0422_____
Business Telephone

_____
Signature of Local Counsel

Beal Sutherland Berlin & Brown, LLC          (Law Firm)
2200 Century Parkway, Suite 100             (Business Address)
Atlanta, Georgia  30345                     (City, State, Zip)
_____            (Mailing Address)
milinda@beal.law                            (Email Address)

# United States District Court
## *Southern District of Georgia*

THEODORE HELGESEN

_____
Plaintiff

Case No. 4:25-cv-00043-LGW-BWC

v.

CCF HOLDINGS, LLC, et.al.

_____
Defendant

Appearing on behalf of

Plaintiff
_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER: Andrew M. Beal
_____

Business Address: Beal Sutherland Berlin & Brown, LLC
_____
Firm/Business Name

2200 Century Parkway
_____
Street Address

| Suite 100 | Atlanta | GA | 30345 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (404) 688-2685 | | 043842 | |
|---|---|---|---|
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: drew@beal.law



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     }
                                        } ss.

**NORTHERN DISTRICT OF GEORGIA**    }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANDREW MABON BEAL, State Bar No. 043842,** was duly admitted to practice in said Court on 10/16/1986 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 7th day of March, 2025.

KEVIN P. WEIMER
CLERK OF COURT



By: _____

Beverly Creech
Deputy Clerk

**In the United States District Court**
**for the Southern District of Georgia**
**Savannah Division**

THEODORE HELGESEN,                    )
                                      )
    v.                                )          CAF: 4:25-cv-00043-LGW-BWC
                                      )
CCF HOLDINGS, LLC d/b/a               )
COMMUNITY CHOICE FINANCIAL,           )
CCF MIP HOLDINGS, LLC, and            )
CCFI COMPANIES, LLC.                  )
                                      )


**LIST OF CASES IN WHICH ANDREW M. BEAL HAS APPEARED AS COUNSEL IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF GEORGIA FILED IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE**


1. **Majeroni v. Chatham County Board of Elections, et.al.,**
   **CAF: 4:24-cv-00141-LGW-BWC.**


Respectfully submitted this 10th day of March 2025.


                                               */s/ Milinda Brown*
                                               Milinda Brown
                                               Georgia Bar No. 363307
                                             milinda@beal.law
                                             Andrew M. Beal
                                             Georgia Bar No. 043842
                                             drew@beal.law


**BEAL SUTHERLAND**
**BERLIN & BROWN, LLC**
2200 Century Parkway NE, Suite 100
Atlanta, GA 30345
678-449-0422

*Counsel for Plaintiff Theodore Helgesen*