# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕾𝖔𝖚𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕲𝖊𝖔𝖗𝖌𝖎𝖆 𝕾𝖆𝖛𝖆𝖓𝖓𝖆𝖍 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓

THEODORE HELGESEN,

    Plaintiff,

v.

CCF HOLDINGS, LLC, et al.,

    Defendants.

CV 425-043

## ORDER

Plaintiff initiated this action on March 4, 2025, and filed an amended complaint on March 25, 2025. Dkt. Nos. 1, 7. In response, Defendants moved to dismiss the complaint. Dkt. Nos. 11, 26, 27. Then, on July 14, 2025, Plaintiff moved the Court for leave to amend the complaint a second time. Dkt. No. 36. The Court recently granted the motion. Dkt. No. 50. Plaintiff filed a second amended complaint on January 16, 2026. Dkt. No. 51. For the reasons below, Defendants' motions to dismiss, dkt. nos. 11, 26, 27, are **DENIED as moot**.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the Court's leave. Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the

amendment, and is no longer a part of the pleader's averments against his adversary." <u>Dresdner Bank AG v. M/V Olympia Voyager</u>, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); <u>see also</u> <u>Fritz v. Standard Sec. Life Ins. Co.</u>, 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff sought and received the Court's leave to file the second amended complaint. As such, Plaintiff's second amended complaint supersedes his amended complaint, and Defendants' motions to dismiss the amended complaint, dkt. nos. 11, 26, 27, have thus been rendered moot.

## CONCLUSION

Defendants' motions to dismiss the amended complaint, dkt. nos. 11, 26, 27, are **DENIED as moot**.

**SO ORDERED**, this 20 day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2